Commonwealth *v.* Gilmore, Appellant.

Argued October 7, 1929.

Before PORTER, P. J., TREXLER, KELLER, LINN, GAWTHROP, CUNNINGHAM and BALDRIGE, JJ.

304

306

308

310

312

*Ralph C. Body,* and with him *Stevens & Lee,* for appellant.

*John W. Speicher,* Assistant District Attorney, and with him *Oliver M. Wolff,* District Attorney, and *Harvey F. Heinly,* for appellee.

PER CURIAM, October 30, 1929:
The judgment is affirmed on the opinion of the court below.